UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                                               Case No. 08-CR-283

        v.

STEVEN J. DELKER,

        Defendant.

---

## **A F F I D A V I T**

---

STATE OF WISCONSIN       )
                                      )ss
COUNTY OF MILWAUKEE   )

        I, Lisa A. Wesley, being first duly sworn do hereby depose and say that:

        1.     I am one of the Assistant United States Attorneys assigned to handle the prosecution of the above-entitled matter.

        2.     This affidavit is submitted in support of the government's motion for an order and judgment of forfeiture.

        3.     On April 23, 2009, this Court issued an order forfeiting the interest of the above defendant in certain properties listed in the Indictment filed on October 28, 2008. A copy of the Court's order is attached hereto as Exhibit A.

        4.     On June 12, 2009, the government filed a notice of forfeiture with respect to the properties named in the Court's forfeiture order of April 23, 2009, and caused this notice to be published in <u>The Milwaukee Journal Sentinel</u> on June 21, 2009, pursuant to 21 U.S.C. § 853(n)(1). A copy of the affidavit of publication is attached hereto as Exhibit B.

5. Pursuant to 21 U.S.C. § 853(n)(1), written notice of forfeiture was also mailed to all parties of record who might have a claim or interest in the properties covered by this Court's forfeiture order.

6. Pursuant to 21 U.S.C. § 853(n)(1), interested parties must assert a claim for the forfeited properties within 30 days of the date of final publication of notice, or receipt of the notice, whichever is earlier. To date, no claims have been filed in response to the June 12, 2009, notice of forfeiture, and the time to respond has expired.

By: s/LISA A. WESLEY
Assistant United States Attorney
Lisa A. Wesley Bar Number: 1023783
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: lisa.wesley@usdoj.gov

Subscribed and sworn to before me
this 23rd day of   July  , 2009.

  s/ERICA N. O'NEIL
Notary Public, State of Wisconsin
My commission:   is permanent

2

Case 2:08-cr-00283-RTR    Filed 07/24/09    Page 2 of 2    Document 18